IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VIDA LONGEVITY FUND, LP, | § | |
| | § | No. 366, 2023 |
| Defendant Below, Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| ESTATE OF MARTHA BAROTZ, | § | C.A. No. N20C-05-144 |
| | § | |
| Plaintiff Below, Appellee. | § | |

Submitted:  June 5, 2024
Decided:  June 26, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, and **GRIFFITHS**, Justices.

# **O R D E R**

NOW this 26th day of June 2024, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated November 9, 2022 and its Memorandum Opinion and Order dated August 30, 2023;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Superior Court be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*